UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRADLEY EISNER,

                Plaintiff,

- against -

ENHANCED RECOVERY COMPANY, LLC,

                Defendant.

Case No.: 1:17-cv-1240 (LDH)(ST)

**DECLARATION OF SCOTT S. GALLAGHER**

---

SCOTT S. GALLAGHER, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner in the law firm Smith, Gambrell & Russell, LLP, attorneys for Defendant Enhanced Recovery Company, LLC ("ERC"). I submit this declaration in support of ERC's Notice of Taxation of Costs. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Bill of Costs together with a copy of documentation evidencing payment of fees paid to the Clerk of Court and other costs incurred by ERC in connection with this proceeding.

3. All of the costs described in Exhibit 1 are allowed by law as a cost awarded to a prevailing party in a civil case pursuant to 28 U.S.C. § 1920 and Local Rule 54.1. Each item is correct and stated accurately. Each item was necessarily incurred as a cost in this case and the services for which fees have been charged were actually and necessarily charged.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on September 26, 2019.

                                                    Scott S. Gallagher