UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY EISNER,<br><br>                              Plaintiff,<br>                v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>                              Defendant. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION**<br><br>17-CV-1240 (LDH)(ST) |

LaSHANN DeARCY HALL, United States District Judge:

On June 30, 2021, United States Magistrate Judge Steven Tiscione issued a Report and Recommendation recommending that the Court grant Defendant's unopposed motion to liquidate the sanctions awards previously granted in this case. The parties were given until July 14, 2021 to file objections to the Report and Recommendation. No objections were filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and hereby adopts Magistrate Judge Tiscione's Report and Recommendation as the opinion of the Court, with one modification: Richard Rivera spent a total of 21.4 hours, not 21.5 hours on the relevant portion of this case, therefore his fee is $5,564, not $5,590, and the total amount of fees to be awarded is $23,242, not $23,268. Accordingly, Defendant's unopposed motion to liquidate the sanction awards is GRANTED. Defendant is awarded the reduced amounts of $23,242 in fees and $6,633.31 in costs.

Dated: July 20, 2021
      Brooklyn, New York

SO ORDERED:

/s/ LDH
LaShann DeArcy Hall
United States District Judge